IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| EAST TENNESSEE NATURAL GAS CO., | ) ) ) | Case No. 4:02-CV-00104 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| 7.74 ACRES IN WYTHE COUNTY, VIRGINIA, HAROLD HART, LARRY BALL, et al., | ) ) ) ) | By: Jackson L. Kiser United States District Court |
| Defendants. | ) | |

Before me is the Plaintiff's *Motion for a New Trial or in the Alternative for Remittitur* [119]. For the reasons stated in the accompanying *Memorandum Opinion*, I find that the jury's verdict in this case was supported by the evidence presented at trial. The jury's award of $1,875,986.00 to the Defendants as just compensation for the easement taken by the Plaintiff was therefore not against the clear weight of evidence. Consequently, I hereby **deny** the Plaintiff's *Motion for a New Trial or in the Alternative for Remittitur*.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 26th day of May, 2006.

s/Jackson L. Kiser
Senior United States District Judge

-1-